UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE T. LOVELL, JR.,<br><br>                  Petitioner,<br>v.<br><br>ISIDRO BACA, *et al.*,<br><br>                  Respondents. | Case No. 3:18-cv-00460-MMD-WGC<br><br>ORDER |

Petitioner has filed an application to proceed *in forma pauperis* with an attached petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 1.) The Court finds that petitioner is able to pay the full filing fee of five dollars ($5.00).

It is therefore ordered that Petitioner's application to proceed *in forma pauperis* (ECF No. 1) is denied. Petitioner shall have thirty (30) days from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the Clerk of Court. Failure to comply will result in the dismissal of this action.

It is further ordered that the Clerk of Court shall send Petitioner two copies of this order. Petitioner is further ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

///

///

1 | DATED THIS 5th day of October 2018.

MIRANDA DU
UNITED STATES DISTRICT JUDGE