UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GEORGE T. LOVELL, JR.,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>ISIDRO BACA, *et al.*,<br><br>　　　　　　　　Respondents. | Case No. 3:18-cv-00460-MMD-WGC<br><br>ORDER |

On March 4, 2020, this Court entered an order directing Petitioner to show cause why this habeas corpus proceeding under 28 U.S.C. § 2254 should not be dismissed as moot. (ECF No. 24.) The Court's deadline for responding to the order (April 3, 2020) has passed. (*Id.*) Petitioner has neither responded to the order to show cause, nor requested additional time within which to do so.

As more fully explained in the Court's order to show cause, this proceeding is moot because Petitioner's habeas petition challenges only the length of his sentence, which has expired, and he has not demonstrated the existence of a continuing injury, *i.e.*, a collateral consequence, that will be redressed by a favorable outcome in this case. *See Spencer v. Kemna*, 523 U.S. 1 (1998).

It is therefore ordered that the petition for writ of habeas corpus (ECF No. 7) is dismissed as moot. The Clerk of Court is directed to enter judgment accordingly and close this case.

///

///

1    It is further ordered that a certificate of appealability is denied, as jurists of reason would not find the Court's dismissal of the petition to be debatable or incorrect.

DATED THIS 26th day of May 2020.

                                                                    _____
                                                                    MIRANDA M. DU
                                                                    CHIEF UNITED STATES DISTRICT JUDGE